1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| Steven C. Kile | Case No. ED CV 17-01897-AB (SHKx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| American Cab, LLC et al | |
| Defendants. | |

THE COURT having been advised that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: August 14, 2018

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE